Jimmie SHIELDS, Appellant,

v.

MIDWEST STAFF SOLUTIONS, INC., Defendant,

and

Division of Employment Security, Respondent.

No. WD 63791.

Missouri Court of Appeals, Western District.

Oct. 26, 2004.

Jimmie Shields, Independence, pro se.

Alan J. Downs, Jefferson City, for respondent.

Before EDWIN H. SMITH, Chief Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

ORDER

Jimmie Shields appeals the Labor and Industrial Relations Commission's decision that he voluntarily quit his job with his employer and was not eligible for unemployment compensation. We affirm. Rule 84.16(b).